# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

Takeda Pharmaceutical Company Limited and
Takeda Pharmaceuticals North America, Inc.,

    Plaintiffs,

V.

Sandoz, Inc.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 3844**

TO: (Name and address of defendant)

Sandoz, Inc.
506 Carnegie Center, Suite 400
Princeton, New Jersey 08540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andre K. Cizmarik, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 16 2007

J. MICHAEL McMAHON

CLERK                                                                                    DATE

*Marcos Quintero*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
             Date                             Signature of Server

                                              _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TAKEDA PHARMACEUTICAL LIMITED,
ET ANO.,
                      Plaintiffs,

                                                       07 civ. 3844
                                               Affidavit of Service

              -against-

SANDOZ, INC.,
                      Defendant.
-----------------------------------------------------------x
STATE OF NEW JERSEY)
COUNTY OF MONMOUTH)ss:

    1. John F. Verga, being duly sworn, deposes and says that I am not a party to this action or proceeding and am over the age of 18.

    2. On May 18, 2007 at 12:35 P.M. at 506 Carnegie Centre, Suite 400, Princeton, NJ, I served the Summons, Complaint, Civil Cover Sheet, Judge's Rules and 7.1 Statement upon Sandoz, Inc., by delivering to and leaving a true copy with Mary Zwiebel, Executive Assistant, Legal Department, a person authorized to accept service on behalf of defendant, personally.

    3. Description of the person served is as follows: Female; White skin; approx. 45-55 years of age; approx. 5'7"; approx. 125 lbs.; Strawberry Blone hair; glasses.

                                                             John F. Verga

Sworn to me this 18th day of May, 2007.

_____
DEBORAH A. VERGA, NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 1/24/04