Richard J. Basile (RB9623)
David W. Aldrich (to be admitted pro hac vice)
Benjamin C. White (to be admitted pro hac vice)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Attorneys for Defendant Sandoz Inc.

| | |
|---|---|
| Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals North America, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Sandoz, Inc., <br><br> Defendant | ) Civil Action No. 07 CV 3844 DLC <br> ) <br> ) **STIPULATION AND ORDER** <br> ) **EXTENDING TIME FOR** <br> ) **DEFENDANT SANDOZ, INC.** <br> ) **TO RESPOND TO** <br> ) **COMPLAINT** <br> ) <br> ) <br> ) |

Plaintiffs Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals North America, Inc. (collectively, "Takeda") and Defendant Sandoz, Inc. ("Sandoz") hereby stipulate as follows:

1. On June 4, 2007, counsel for Sandoz requested, and counsel for Takeda agreed to, an extension of the time for Sandoz to answer, move, or otherwise plead in response to the Complaint.

2. No prior motions for an extension of time have been filed by or on behalf of Sandoz with respect to the time for responding to the Complaint.

ACCORDINGLY, IT IS HEREBY STIPULATED between Takeda and Sandoz that the time for Sandoz to answer, move, or otherwise plead in response to the Complaint is extended until June 28, 2007.

Respectfully Submitted,

6/6/07
Date

_____
Richard J. Basile (RB9623)
David W. Aldrich (to be admitted pro hac vice)
Benjamin C. White (to be admitted pro hac vice)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155

*Attorneys for Defendant Sandoz Inc.*

6/6/07
Date

_____
Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411

David G. Conlin
Barbara L. Moore
Kathleen B. Carr
Edwards Angell Palmer & Dodge LLP
111 Hungtinton Avenue
Boston, Massachusetts 02199-7613
Telephone: (617) 439-4444

*Attorneys for Plaintiffs Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals North America, Inc.*

SO ORDERED: _____
Denise L. Cote, U.S.D.J.

Dated: _____, 2007