UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals North America, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Sandoz, Inc., <br><br> Defendant. | 07 CIV 3844 (DLC) <br><br> **CERTIFICATE OF SERVICE** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK )

    Anthony J. Viola, being duly sworn, deposes and says:

    I am a member of the Bar of this Court and state the following under penalty of perjury. On the 15th day of June 2007, I caused to be served a true copy of the attached **NOTICE OF INITIAL PRETRIAL CONFERENCE** upon the following:

        David W. Aldrich, Esq.
        St. Onge Steward Johnston & Reens LLC
        986 Bedford Street
        Stamford, Connecticut  06905

by depositing a true copy of said document in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of Federal Express, marked for Overnight Delivery, within the State of New York.

                                                        _____
                                                             Anthony J. Viola