# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA 02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Barbara L. Moore
617.951.3370
*fax* 617.227.4420
bmoore@eapdlaw.com

July 31, 2007



**VIA HAND DELIVERY**

**MEMO ENDORSED**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:  <u>Takeda v. Sandoz, No. 07-cv-3844 (DLC)</u>

Dear Judge Cote:

We represent plaintiffs Takeda Pharmaceutical Co. Ltd. and Takeda Pharmaceutical North America, Inc. (collectively "Takeda") in the above-captioned action. We write to seek the Court's approval of two briefing extensions agreed to between the parties in this action.

Sandoz has filed a motion for judgment on the pleadings as to counts I and II of Takeda's complaint. Takeda seeks to extend its time to oppose this motion until August 20, and for Sandoz's reply to be due September 7. Sandoz does not oppose this request.

In exchange, Sandoz has requested an extension of its time to file a reply brief in support of its separate motion to dismiss Counts III-IX of the Complaint until August 20. Takeda does not oppose this request.

As mentioned at the conference with the Court last Friday, all three of the pending motions before the Court should be fully briefed by the first week of September.

Respectfully submitted,

Barbara Moore / JL
Barbara L. Moore

Granted.
*[signature]*
August 2, 2007

cc: David W. Aldrich (via facsimile)

COPIES SENT TO:

Anthony J. Viola
Andre K. Cizmarik
Edwards & Angell, LLP
750 Lexington Avenue, 12th Floor
New York, NY 10022-1200

Richard J. Basile
David W. Aldrich
Benjamin C. White
St. Onge Steward Johnston & Reens, LLC
986 Bedford Street
Stamford, CT 06905-5619

PLEASE IMMEDIATELY SEND COPIES TO
ALL COUNSEL