Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TAKEDA PHARMACEUTICAL COMPANY LIMITED  )
and TAKEDA PHARMACEUTICALS NORTH )
AMERICA, INC., )
)
                  Plaintiffs, )    07 CIV 3844 (DLC)
)
    v. )    **NOTICE OF**
)    **APPEARANCE**
SANDOZ, INC., )
)
                  Defendants. )

---

PLEASE TAKE NOTICE, Joseph E. Czerniawski of the firm Edwards Angell Palmer & Dodge LLP, duly admitted to this Court and the courts of the State of New York, hereby enters his appearance in this action as co-counsel to Anthony J. Viola and Andre K. Cizmarik of the same firm, who shall remain as lead counsel, on behalf of plaintiffs TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.

Dated: New York, New York
       August 15, 2007

                             Takeda Pharmaceutical Company Limited and
                             Takeda Pharmaceuticals North America, Inc.

                             By their attorneys,

                             */s/ Anthony J. Viola*
                             Anthony J. Viola
                             Andre K. Cizmarik
                             Joseph E. Czerniawski
                             EDWARDS ANGELL PALMER & DODGE LLP
                             750 Lexington Avenue
                             New York, NY 10022
                             (212) 308-4411

                             David G. Conlin (to be admitted pro hac vice)
                             Barbara L. Moore (to be admitted pro hac vice)
                             Kathleen B. Carr (to be admitted pro hac vice)
                             EDWARDS ANGELL PALMER & DODGE LLP
                             111 Huntington Avenue
                             Boston, MA 02199-7613
                             (617) 439-4444