# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals North America, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Sandoz, Inc., <br><br> Defendant | Civil Action No. 07 CV 3844 DLC <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Richard J. Basile, attorney for Defendant Sandoz Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Benjamin C. White
> St. Onge Steward Johnston & Reens LLC
> 986 Bedford Street
> Stamford, Connecticut 06905
> Telephone (203) 324-6155
> Facsimile  (203) 327-1096
> Email: bwhite@ssjr.com

Is admitted to practice pro hac vice as counsel for Defendant Sandoz Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
New York, New York

United States District/~~Magistrate~~ Judge

August 20, 2007

COPIES SENT TO:

Anthony J. Viola
Andre K. Cizmarik
Edwards & Angell, LLP
750 Lexington Avenue, 12th Floor
New York, NY 10022-1200

Richard J. Basile
David W. Aldrich
Benjamin C. White
St. Onge Steward Johnston &
986 Bedford Street
Stamford, CT 06905-5619

PLEASE IMMEDIATELY SEND COPIES TO
ALL COUNSEL