

Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
TAKEDA PHARMACEUTICAL COMPANY  :
LIMITED and
TAKEDA PHARMACEUTICALS NORTH   :   INDEX NO. 1:07-cv-03844-DLC
AMERICA, INC.,
                               :   **UNOPPOSED MOTION TO ADMIT**
        Plaintiffs,                **KATHLEEN B. CARR**
                               :   **PRO HAC VICE**
    -against-
                               :
SANDOZ, INC.,
                               :
        Defendant.
------------------------------------ X



Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph E. Czerniawski a member in good standing of the bar of this Court and the courts of the state of New York, hereby moves for an Order allowing the admission pro hac vice of

> Kathleen B. Carr
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA  02199
> 617-951-3326
> 888-325-9143
> kcarr@eapdlaw.com

Kathleen B. Carr is a member in good standing of the Bar of the Commonwealth of Massachusetts and the Bar of the State of Rhode Island.

BOS 592678.1

COPIES SENT TO:

| | |
|---|---|
| Anthony J. Viola<br>Andre K. Cizmarik<br>Edwards & Angell, LLP<br>750 Lexington Avenue, 12th Floor<br>New York, NY 10022-1200 | Richard J. Basile<br>David W. Aldrich<br>Benjamin C. White<br>St. Onge Steward Johnston & Reens, LLC<br>986 Bedford Street<br>Stamford, CT 06905-5619 |

PLEASE IMMEDIATELY SEND COPIES TO
ALL COUNSEL