

Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
TAKEDA PHARMACEUTICAL COMPANY :
LIMITED and
TAKEDA PHARMACEUTICALS NORTH     :   INDEX NO. 1:07-cv-03844-DLC
AMERICA, INC.,
                                 :   **UNOPPOSED MOTION TO ADMIT**
         Plaintiffs,                 **BARBARA L. MOORE**
                                 :   **PRO HAC VICE**
    -against-
                                 :
SANDOZ, INC.,
                                 :
         Defendant.
------------------------------------ X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph E. Czerniawski a member in good standing of the bar of this Court and the courts of the state of New York, hereby moves for an Order allowing the admission pro hac vice of

   Barbara L. Moore
   Edwards Angell Palmer & Dodge LLP
   111 Huntington Avenue
   Boston, MA 02199
   617-951-3370
   888-325-9727
   bmoore@eapdlaw.com

Barbara L. Moore is a member in good standing of the Bar of the Commonwealth of Massachusetts.

BOS 592666.1

COPIES SENT TO:

Anthony J. Viola
Andre K. Cizmarik
Edwards & Angell, LLP
750 Lexington Avenue, 12th Floor
New York, NY 10022-1200

Richard J. Basile
David W. Aldrich
Benjamin C. White
St. Onge Steward Johnston & Reens, LLC
986 Bedford Street
Stamford, CT 06905-5619

PLEASE IMMEDIATELY SEND COPIES TO
ALL COUNSEL