

Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
TAKEDA PHARMACEUTICAL COMPANY :
LIMITED and
TAKEDA PHARMACEUTICALS NORTH  :   INDEX NO. 1:07-cv-03844-DLC
AMERICA, INC.,
                                :   **UNOPPOSED MOTION TO ADMIT**
         Plaintiffs,                **ADAM P. SAMANSKY**
                                :   **PRO HAC VICE**
         -against-
                                :
SANDOZ, INC.,
                                :
         Defendant.
------------------------------------- X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph E. Czerniawski a member in good standing of the bar of this Court and the courts of the State of New York, hereby moves for an Order allowing the admission pro hac vice of

    Adam P. Samansky
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Avenue
    Boston, MA 02199
    617-517-5550
    888-325-6566
    asamansky@eapdlaw.com

Adam P. Samansky is a member in good standing of the Bar of the Commonwealth of Massachusetts.

BOS 592559.1

COPIES SENT TO:

Anthony J. Viola  
Andre K. Cizmarik  
Edwards & Angell, LLP  
750 Lexington Avenue, 12th Floor  
New York, NY 10022-1200

Richard J. Basile  
David W. Aldrich  
Benjamin C. White  
St. Onge Steward Johnston & Reens, LLC  
986 Bedford Street  
Stamford, CT 06905-5619

PLEASE IMMEDIATELY SEND COPIES TO
ALL COUNSEL