

Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TAKEDA PHARMACEUTICAL COMPANY    :
LIMITED and
TAKEDA PHARMACEUTICALS NORTH    :    INDEX NO.  1:07-cv-03844-DLC
AMERICA, INC.,
                                :    **UNOPPOSED MOTION TO ADMIT**
            Plaintiffs,         :    **DAVID G. CONLIN**
                                     **PRO HAC VICE**
    -against-                   :

SANDOZ, INC.,                   :

            Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Joseph E. Czerniawski, a member in good

standing of the bar of this Court and the courts of the State of New York, hereby moves for an

Order allowing the admission pro hac vice of

    David G. Conlin
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Avenue
    Boston, MA  02199
    617-517-5550
    888-325-6566
    dconlin@eapdlaw.com

David G. Conlin is a member in good standing of the Bars of the Commonwealths of

Massachusetts and Viginia.

There are no pending disciplinary proceedings against David G. Conlin in any state or federal court.

Dated: New York, NY
      August 28, 2007

Takeda Pharmaceutical Company Limited and
Takeda Pharmaceuticals North America, Inc.

By their attorneys,

Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Phone: 212-308-4411
Fax: 212-308-4844

Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X

TAKEDA PHARMACEUTICAL COMPANY  :
LIMITED and
TAKEDA PHARMACEUTICALS NORTH   :    INDEX NO.  1:07-cv-03844-DLC
AMERICA, INC.,
                               :    **AFFIDAVIT OF JOSEPH E.**
              Plaintiffs,      :    **CZERNIAWSKI IN SUPPORT OF**
                                    **UNOPPOSED MOTION TO ADMIT**
         -against-             :    **DAVID G. CONLIN PRO HAC VICE**

                               :
SANDOZ, INC.,

                               :
              Defendant.       :
--------------------------------------- X

Joseph E. Czerniawski, being duly sworn hereby deposes and says as follows:

1.     I am an associate at Edwards Angell Palmer & Dodge LLP, and am counsel for the
Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make
this statement based on my personal knowledge of the facts as set forth herein, and in support of
Plaintiffs' motion to admit David G. Conlin as counsel pro hac vice to represent the Plaintiffs in
this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to
practice law in 2002. I am also admitted to the bar of the United States District Court for the
Southern District of New York, and am in good standing with this Court.

3.     I have known David G. Conlin since 2005.

4.     Mr. Conlin is a partner at Edwards Angell Palmer & Dodge LLP in Boston,
Massachusetts.

5.     I have found Mr. Conlin to be a skilled attorney and a person of integrity. He is
experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of David G. Conlin, pro hac vice.

7.    I have conferred with opposing counsel, and opposing counsel has represented to me that he consents to the relief requested by this motion.

8.    I respectfully submit a proposed order granting the admission of David G. Conlin, pro hac vice, which is attached hereto as Exhibit A.

9.    Attached hereto as Exhibit B are certificates of good standing from the states in which David G. Conlin is admitted.

WHEREFORE it is respectfully requested that the motion to admit David G. Conlin, pro hac vice, to represent the Plaintiffs in the above captioned matter, be granted.

Dated: New York, NY
       August 28, 2007

Joseph E. Czerniawski

Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

TAKEDA PHARMACEUTICAL COMPANY    :
LIMITED and
TAKEDA PHARMACEUTICALS NORTH    :    INDEX NO. 1:07-cv-03844-DLC
AMERICA, INC.,
                                 :    **ORDER FOR ADMISSION PRO HAC**
        Plaintiffs,                   **VICE OF DAVID G. CONLIN ON**
                                 :    **WRITTEN MOTION**
    -against-
                                 :
SANDOZ, INC.,
                                 :
        Defendant.               :
------------------------------------- X

Upon the motion of Joseph E. Czerniawski, attorney for Plaintiffs Takeda Pharmaceutical

Company Limited and Takeda Pharmaceuticals North America, Inc., and said sponsor attorney's

affidavit in support;

**IT IS HEREBY ORDERED** that

        David G. Conlin
        Edwards Angell Palmer & Dodge LLP
        111 Huntington Avenue
        Boston, MA  02199
        617-517-5515
        617-227-4420
        dconlin@eapdlaw.com

is admitted to practice pro hac vice as counsel for the Plaintiffs Takeda Pharmaceutical Company

Limited and Takeda Pharmaceuticals North America, Inc. in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the pro hac vice fee to the Clerk of Court.

Dated: New York, NY
        August 28, 2007

_____ _____

United States District/Magistrate Judge

Howard W. Martin, Jr., President
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone:  (703) 358-9620

Karen A. Gould, Immediate Past President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

George W. Chabalewski
Bar Counsel

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

*August 22, 2007*

### *CERTIFICATE OF GOOD STANDING*

*THIS IS TO CERTIFY THAT **DAVID G. CONLIN** IS AN ASSOCIATE*

*MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MR.***

***CONLIN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON*

***SEPTEMBER 9, 1971**, AFTER SUCCESSFULLY PASSING THE BAR*

*EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.*

*SINCERELY,*

*THOMAS A. EDMONDS*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **tenth** day of **June** A.D. **1974** , said Court being the highest Court of Record in said Commonwealth:

## David Giles Conlin

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **August** in the year of our Lord **two thousand and seven**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

I, Dolores J. Marshall, hereby certify that I served a true and accurate copy of the foregoing Motion to Admit David G. Conlin Pro Hac Vice, Affidavit in Support of Motion to Admit David G. Conlin Pro Hac Vice and Proposed Order to Admit David G. Conlin Pro Hac Vice via U.S. Mail upon the following:

David Aldrich
Richard J. Basile
Stephen P. McNamara
St. Onge, Steward, Johnston & Reens L.L.C.
986 Bedford Street
Stamford, CT 60905

Dated: August 28, 2007

Dolores J. Marshall

- 3 -