**SCANNED**

Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
TAKEDA PHARMACEUTICAL COMPANY :
LIMITED and
TAKEDA PHARMACEUTICALS NORTH : INDEX NO. 1:07-cv-03844-DLC
AMERICA, INC.,
: **UNOPPOSED MOTION TO ADMIT**
Plaintiffs, **DAVID G. CONLIN**
: **PRO HAC VICE**
-against-
:
SANDOZ, INC.,
:
Defendant. :
--------------------------------------- X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Joseph E. Czerniawski, a member in good

standing of the bar of this Court and the courts of the State of New York, hereby moves for an

Order allowing the admission pro hac vice of

    David G. Conlin
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Avenue
    Boston, MA 02199
    617-517-5550
    888-325-6566
    dconlin@eapdlaw.com

*Granted. [signature] Sept. 28, 2007*

David G. Conlin is a member in good standing of the Bars of the Commonwealths of

Massachusetts and Virginia.

There are no pending disciplinary proceedings against David G. Conlin in any state or federal court.

Dated: New York, NY  
August 28, 2007

Takeda Pharmaceutical Company Limited and  
Takeda Pharmaceuticals North America, Inc.

By their attorneys,

*/s/ Anthony J. Viola*

Anthony J. Viola  
Andre K. Cizmarik  
Joseph E. Czerniawski  
Edwards Angell Palmer & Dodge LLP  
750 Lexington Avenue  
New York, NY 10022  
Phone: 212-308-4411  
Fax: 212-308-4844